# EXHIBIT D

**Schneider, Franklin E - OLMS** <Schneider.Franklin.E@dol.gov>  Aug 11, 2020, 1:27 PM (6 days ago)

to Liani, me

| Aug **1** **1** Tue | Interview: Robert Davis Exemption Pe…<br>[View on Google Calendar](#)<br><br>When  Tue Aug 11, 2020 5pm – 6pm (EDT)<br>Where  Microsoft Teams<br>Who  Susalla, Liani - OLMS, Schneider, Franklin E - OLMS* | **Agenda**<br>Tue Aug 11, 2020<br><br>*No earlier events*<br><br>5pm  Interview: Robert Davis Exemption Pe…<br><br>*No later events* |

_____

### Join Microsoft Teams Meeting

Learn more about Teams | Meeting options

_____

Attachments area
 invite.ics  Download

**Robert Davis** <davisrobert854@gmail.com>    Aug 11, 2020, 3:38 PM (5 days ago)

to Vanessa, Dawn, Franklin, Liani

Mr. Franklin,

On yesterday, I received an email from Assistant U.S. Attorney Vanessa Mays requesting a 90-day extension for the Government to respond to my pending emergency motion for exemption. I respectfully denied concurrence because as I read and interpret the relevant statutes and case law on this subject matter, I am not sure a second or third interview/investigation is required.  Moreover, as Assistant U.S. Attorney Mays indicated in her written request seeking a 90-day extension, any such interview/investigation by your office, ***if required***, would certainly delay the adjudication of my pending emergency motion, which I have respectfully requested a decision within 30 days.

Accordingly, I will be seeking clarification from the Court as to whether another interview/investigation from the Department of Labor is necessary in order for the Court to promptly adjudicate my pending emergency motion.  Thus, before I voluntarily begin this interview/investigation process again, I want the Court to clarify whether it is necessary. Therefore, we will need to reschedule our initial interview that was scheduled for later this evening. I hope you understand.  I have also included Assistant U.S. Attorneys Mays and Dawn Ison on this email as well.

Respectfully submitted,
Robert Davis