UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

v.

ROBERT DAVIS,

         Defendant.
_____/

Case No. 12-20224

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

**ORDER DENYING DEFENDANT'S SECOND RENEWED EMERGENCY MOTION FOR FINDING UNDER 29 U.S.C. § 504 THAT DEFENDANT IS NOT PROHIBITED FROM CONTINUED EMPLOYMENT BY A UNION [96]**

Defendant Robert Davis filed a Second Renewed Emergency Motion for Finding Under 29 U.S.C. § 504 that Defendant is not Prohibited from Continued Employment by a Union [96] on July 31, 2020. The Government filed a Response [105] on October 13, 2020. On November 12, 2020, the Court held a hearing on the Motion.

For the reasons stated on the record,

**IT IS ORDERED** that Defendant's Second Renewed Emergency Motion for Finding Under 29 U.S.C. § 504 that Defendant is not Prohibited from Continued Employment by a Union [96] is **DENIED without prejudice.**

    **SO ORDERED**.

Dated: November 12, 2020

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge