# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 17, 2020

Mr. Robert Davis
180 Eason
Highland Park, MI 48203

Re: Case No. 20-2118, *USA v. Robert Davis*
Originating Case No. 2:12-cr-20224-1

Dear Mr. Davis:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

cc: Mr. Zak Toomey
    Mr. David J. Weaver

Enclosure

No. 20-2118

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | FILED |
| Plaintiff-Appellee, | ) | Nov 17, 2020 |
| | ) | DEBORAH S. HUNT, Clerk |
| v. | ) | O R D E R |
| | ) | |
| ROBERT DAVIS, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

This matter is before the court upon initial review of the notice of appeal. Rule 11(a) of the Federal Rules of Civil Procedure requires that all pleadings, motions, and other papers must be physically signed. A typewritten signature does not satisfy Rule 11's signature requirement. *See Becker v. Montgomery*, 532 U.S. 757, 767 (2001). The notice of appeal filed on November 12, 2020, fails to contain a signature in compliance with Rule 11(a). The omission of the signature on the notice of appeal can be corrected. *Id*.

It is ordered that Robert Davis has twenty-one days from the date of this order to comply with Rule 11(a) by signing the enclosed copy of the notice of appeal filed on November 12, 2020, and returning it to this court. *See* Fed. R. Civ. P. 11(a). Failure to comply with this order may result in dismissal of the appeal.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk