# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 16, 2022

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

    Re: Case No. 20-2118, *USA v. Robert Davis*
       Originating Case No. : 2:12-cr-20224-1

Dear Ms. Essix,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Divya Kumar
                For Monica Page, Case Manager

cc: Mr. Robert Davis
   Mr. Zak Toomey

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 20-2118

_____

Filed: February 16, 2022

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ROBERT DAVIS

    Defendant - Appellant


## MANDATE

   Pursuant to the court's disposition that was filed 01/25/2022 the mandate for this case hereby issues today.


 COSTS:  None